IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| COREY NATHANIEL HUSBANDS | : | NO. 07-38-08 |

**MEMORANDUM**

**Baylson, J.** January 26, 2010

  This Memorandum will briefly set forth the reasons for the Court's Order denying Defendant's Motion for a Bill of Particulars and request for early disclosure of Brady/Giglio materials. The government's response shows that the government has provided defense counsel with access to various reports and other documents and summaries of evidence, such that the Defendant has received adequate discovery. The government further recognizes its obligation to disclose Brady/Giglio materials, and the Court has no reason to doubt the government's intention to do so, at least prior to trial, if not beforehand.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\07-38 Evans, US v\Husbands 07-38-8 - Order 1-26-10.wpd